UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00019 |
| ) | JUDGE SHARP |
| CLIFTON ASHLEY KNIGHT ) | |

# O R D E R

Pending before the Court is a Motion to Continue Sentencing Hearing (Docket No. 21) to which the Government does not oppose.

The motion is GRANTED, and the sentencing set for July 27, 2012 is hereby rescheduled for September 14, 2012 at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE