PROB 12A
(Rev.5/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Clifton Ashley Knight</u>  Case Number: <u>3:12-00019</u>

Name of Sentencing Judicial Officer: <u>The Honorable Kevin H. Sharp, Chief U.S. District Judge</u>

Date of Original Sentence: <u>September 14, 2012</u>

Original Offense: <u>18 U.S.C. § 2113(a) Bank Robbery</u>

Original Sentence: <u>37 months' custody followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>September 16, 2014</u>

Assistant U.S. Attorney: <u>Clay Lee</u>  Defense Attorney: <u>Mariah Wooten</u>

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Considered this 29th day of Oct, 2014,
and made a part of the records in the above case.

_____
Abigail J. Dillingham
U.S. Probation Officer

_____
Kevin H. Sharp
Chief U.S. District Judge

Place  Nashville, Tennessee

Date  October 28, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**

   On October 23, 2014, Mr. Knight submitted a urine sample which tested positive for cocaine. The offender admitted to using crack cocaine on October 21, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Clifton Knight began his term of supervised release on September 16, 2014, and is scheduled to complete his term on September 15, 2017. He is currently employed by Painting by Randy and resides with his parents in Woodbury, Tennessee.

On September 23, 2014, Mr. Knight was referred to the Guidance Center for substance abuse treatment. He is scheduled for an intake assessment on November 5, 2014.

On October 23, 2014, the U.S. Probation Office contacted the Guidance Center regarding Mr. Knight's most recent drug use. It was recommended that he follow through with his intake assessment and follow all recommendations made.

**U.S. Probation Officer Recommendation:**
It is recommended that Mr. Knight be continued on supervision with no further action taken at this time. This matter has been reported to a representative of the U.S. Attorney's Office, who concurs with the recommendation.

Approved: _/s/ Britton Shelton_
Britton Shelton
Supervisory U.S. Probation Officer